Mark S. Spring, State Bar No. 155114
mspring@cdflaborlaw.com
Joel Van Parys, State Bar No. 227387
jvanparys@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue
Suite 200
Sacramento, California 95825
Telephone: (916) 361-0991
Facsimile: (916) 570-1958

Attorneys for Defendant
FEDEX OFFICE AND PRINT SERVICES, INC.

Ayana K. Young, State Bar No. 261112)
LAW OFFICE OF AYANA K. YOUNG
4980 Appian Way, Suite 206
El Sobrante, CA 94803
Telephone: (510) 417-2923
Facsimile: (510) 417-2491

Attorneys for Plaintiff
GREGORY FARR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FARR, | Case No. 2:12-CV-01548-JAM-DAD |
| Plaintiff, vs. | **JOINT STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| FEDEX OFFICE AND PRINT SERVICES INC. and DOES 1-50, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD, AS FOLLOWS:

1. On or about April 10, 2012 Plaintiff Gregory Farr filed a complaint against Defendant FedEx Office and Print Services, Inc., in the Superior Court of the State of California in and for the County of Solano. His complaint alleged claims of race discrimination, sexual harassment, retaliation under FEHA and California Labor Code 1102.5, failure to prevent

1  discrimination and infliction of emotional distress.  Plaintiff claims he was treated inappropriately
2  by management, in part for reporting wrongdoing and sexual harassment and was the victim of
3  sexual harassment by a female employee.

4    2.    Defendant removed this case to Federal Court on June 8, 2012 after obtaining
5  information from Plaintiff regarding the amount in controversy and having filed its Answer in State
6  Court.

7    3.    On or June 22, 2012 Defendant terminated Plaintiff's employment .

8    4.    On or about October 16, 2012 Plaintiff filed an amended administrative charge with
9  the state of California's Department of Fair Employment and Housing Administration with
10  additional allegations.  Plaintiff received a "right to sue" letter from the Department of Fair
11  Employment and Housing on October 17, 2012.

12    5.    In late October Plaintiff's counsel contacted Defendant's counsel and requested that
13  Defendant stipulate to Plaintiff's filing a first amended complaint to allege claims for failure to
14  engage in the interactive process (Eighth cause of action in the proposed first amended complaint)
15  and failure to accommodate (Ninth cause of action in the proposed first amended complaint).

16    6.    On November 7, 2012 the parties agreed to stipulate to Plaintiff's leave for filing a
17  first amended complaint with the following conditions:

   a. Within 10 business days of the amended complaint being filed (if leave is granted), Plaintiff will serve amended initial disclosures identifying any additional witnesses and describing their testimony related to the eighth and ninth causes of action and identifying and producing any documents that will be used to support the claims of the eighth and ninth causes of action that were not previously produced and identified;

   b. The current discovery cut off dates and trial schedule will not be altered as a result of this amendment;

   c. The deposition of Plaintiff previously scheduled to occur on November 15, 2012 will be rescheduled to January 15, 2013.  Plaintiff will not attempt to notice or take any depositions prior to his deposition being taken at that time;

d. The Doe Defendants shall be stricken prior to filing. The Defendant shall be properly identified as FedEx Office and Print Services, Inc.

7. Plaintiff further agrees that he has fully pled his 8th and 9th causes of action in the proposed first amended complaint to the best of his ability and there will be no further amendments to the complaint allowed, unless there is an extremely compelling reason for the amendment, the amended facts were not capable of being pled earlier, and the Court approves such amendment.

8. Therefore, the parties agree and request that the Court grant Plaintiff leave to file a first amended complaint within 5 business days of the Court's Order granting leave, and request that the Court order that there shall be no further amended complaints allowed unless there is an extremely compelling reason is clearly demonstrated by Plaintiff and Plaintiff can further demonstrate why such amendment could not have been pled as part of the first amended complaint.

Dated: November ___, 2012        CAROTHERS DISANTE & FREUDENBERGER LLP


By: _____
       Joel Van Parys
Attorneys for Defendant
FEDEX OFFICE AND PRINT SERVICES, INC.


Dated: November ___, 2012        LAW OFFICE OF AYANA K. YOUNG


By: _____
       Ayana K. Young
Attorneys for Plaintiff
Gregory Farr

## **ORDER**

This Court, having read and considered the parties' stipulation hereby issues the following order:

    a. The parties' request for leave for Plaintiff to file a first amended complaint is GRANTED. Plaintiff shall file a first amended complaint within 5 business days of the Court's Order granting leave; and

    b. Plaintiff shall not further amend the complaint, or seek leave to further amend the complaint, unless (a) Plaintiff shows there is a compelling reason for the amendment, (b) the amended allegations were not capable of being pled in an earlier complaint, and (c) this Court approves such amendment by Court Order under these conditions.

    c. All Doe Defendants are stricken and the Defendant is identified as FedEx Office and Print Services, Inc.

IT IS SO ORDERED.

Dated: 11/29/2012          /s/ John A. Mendez
                                         The Honorable John A. Mendez
                                         UNITED STATES DISTRICT COURT JUDGE