UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FARR,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDEX OFFICE AND PRINT SERVICES, INC., and DOES 1-50, inclusive,<br><br>            Defendants. | No.  12-cv-01548 JAM-DAD<br><br>**ORDER GRANTING ATTORNEY AYANA K. YOUNG'S MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF** |

    Attorney Ayana K. Young's unopposed Motion to Withdraw as Attorney for Plaintiff is GRANTED.  Doc. #11.  Plaintiff intends to proceed in propia persona.  Declaration of Greg Farr, Motion to Withdraw as Attorney, Doc. #11.  Accordingly, because Plaintiff is now appearing in propia persona, this matter is referred to the assigned Magistrate Judge for all pending and future proceedings.  Local Rule 302(c)(21).

    IT IS SO ORDERED.

Dated: March 11, 2013

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1