UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FARR, | No. 2:12-cv-1548 TLN DAD PS |
| Plaintiff, | |
| v. | ORDER |
| FEDEX OFFICE AND PRINT SERVICES, INC., | |
| Defendant. | |

This matter came before the court on July 12, 2013, for a Status (Pretrial Scheduling) Conference. Plaintiff Gregory Farr, now proceeding pro se, appeared on his own behalf. Joel Van Parys, Esq., appeared on behalf of defendant FedEx Office and Print Services, Inc.

Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1. The dates previously set in the August 3, 2012 Status (Pre-Trial) Scheduling order for the parties' joint mid-litigation statement, the final pre-trial conference and the jury trial are vacated;

2. The August 16, 2013 discovery deadline is extended to September 13, 2013;

3. The August 23, 2013 hearing of defendant's motion for summary judgment (Doc. No. 27) is continued to October 4, 2013;

/////

        4. On or before September 13, 2013, plaintiff shall either have counsel file a notice of substitution as counsel of record or plaintiff on his own behalf shall file either a notice of voluntary dismissal or file and serve a written opposition to defendant's June 27, 2013 motion for summary judgment that complies with the Local Rules and the Federal Rules of Civil Procedure; and

        5. If plaintiff elects to file an opposition to defendant's motion for summary judgment, defendant may file a reply on or before September 27, 2013.

Dated: July 12, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\farr1548.oah.071213.docx

2