1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY FARR,                              No.  2:12-cv-1548 TLN DAD PS

12              Plaintiff,

13         v.                                    ORDER

14    FEDEX OFFICE AND PRINT
      SERVICES, INC.,
15
                Defendant.
16

17              This matter came before the court on October 11, 2013, for hearing of defendant's

18    motion for summary judgment.  Plaintiff Gregory Farr appeared on his own behalf.  Joel Van

19    Parys, Esq., appeared on behalf of defendant FedEx Office and Print Services, Inc.

20              At the October 11, 2013 hearing, during a discussion of plaintiff's failure to

21    comply with the court's July 15, 2013 order and failure to oppose defendant's motion for

22    summary judgment, plaintiff requested that this action be voluntarily dismissed without prejudice.

23    Defendant had no objection to plaintiff's request.

24              Accordingly, upon consideration of the parties' arguments on file and at the

25    hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

26              1.  Defendant's June 27, 2013 motion for summary judgment (Doc. No. 27) is

27    denied, without prejudice to renewal, as moot;

28    /////

                                               1

1        2. Plaintiff shall file a notice of voluntary dismissal within seven days of the date

2   of this order; and

3        3. Failure to file a timely notice of voluntary dismissal will result in the

4   undersigned issuing Findings and Recommendations recommending that this action be dismissed

5   due to plaintiff's failure to prosecute this action and to comply with the court's orders and the

6   Local Rules.

7   Dated:  October 15, 2013

8

9                                                     DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE
10

11

12

13   DAD:6
     Ddad1\orders.pro se\farr1548.oah.101113.docx
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2