UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FARR, | No. 2:12-cv-1548 TLN DAD PS |
| Plaintiff, | |
| v. | ORDER |
| FEDEX OFFICE AND PRINT SERVICES, INC., | |
| Defendant. | |

On October 11, 2013, the parties appeared before the court and plaintiff requested that this action be voluntarily dismissed without prejudice. Counsel for defendant stated that he had no objection to plaintiff's request. On October 16, 2013, plaintiff was, therefore, ordered to file a notice of voluntary dismissal of this action. (Doc. No. 36.) On October 17, 2013, plaintiff complied with the court's directive and filed a notice of voluntary dismissal of this action without prejudice. (Doc. No. 37.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice and that this case is closed.

Dated: October 24, 2013

Dated: October 24, 2013

DAD:6

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1 | Ddad1\orders.pro se\farr1548.vol.dism.ord.docx