1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY FARR,                          No.  2:12-cv-1548 TLN DAD PS

12            Plaintiff,

13       v.                                 ORDER

14   FEDEX OFFICE AND PRINT
     SERVICES, INC.,
15
              Defendant.
16

17             On October 11, 2013, the parties appeared before the court and plaintiff requested

18   that this action be voluntarily dismissed without prejudice.  Counsel for defendant stated that he

19   had no objection to plaintiff's request.  On October 16, 2013, plaintiff was, therefore, ordered to

20   file a notice of voluntary dismissal of this action.  (Doc. No. 36.)  On October 17, 2013, plaintiff

21   complied with the court's directive and filed a notice of voluntary dismissal of this action without

22   prejudice.  (Doc. No. 37.)

23             Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

24   prejudice and that this case is closed.

25   Dated:  October 24, 2013

26   Dated:  October 24, 2013

27

28   DAD:6

                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\farr1548.vol.dism.ord.docx